```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 23516
   JOHN A MATTHIES
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5228


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 06/14/2005 and was confirmed 08/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  11.68% from remaining funds.

     The case was paid in full 07/08/2008.
-----------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED            19975.00      2116.66       19975.00
CAPITAL ONE AUTO FINANCE  UNSECURED            918.15         .00          107.25
INTERNAL REVENUE SERVICE  SECURED            15450.00         .00        15450.00
CAPITAL ONE               UNSECURED           2101.80         .00          245.51
CAPITAL ONE               UNSECURED           3575.31         .00          417.63
CAPITAL ONE               UNSECURED           4873.29         .00          569.25
NGL INSURANCE AGENCY      NOTICE ONLY       NOT FILED         .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           5594.03         .00          653.44
PORTFOLIO RECOVERY ASSOC  UNSECURED           2222.57         .00          259.62
INTERNAL REVENUE SERVICE  PRIORITY            3909.14         .00         3909.14
INTERNAL REVENUE SERVICE  UNSECURED          42745.21         .00         4993.07
COOK RECORDER OF DEEDS    NOTICE ONLY       NOT FILED         .00             .00
CAPITAL ONE               UNSECURED           4738.46         .00          553.50
DAVID M SIEGEL            DEBTOR ATTY        2,700.00                    2,700.00
TOM VAUGHN                TRUSTEE                                        3,129.93
DEBTOR REFUND             REFUND                                           765.00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                          55,845.00

PRIORITY                                              3,909.14
SECURED                                              35,425.00
     INTEREST                                         2,116.66
UNSECURED                                             7,799.27
ADMINISTRATIVE                                        2,700.00
TRUSTEE COMPENSATION                                  3,129.93
DEBTOR REFUND                                           765.00
                                 ---------------    ---------------
TOTALS                           55,845.00           55,845.00

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 23516 JOHN A MATTHIES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 09/25/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```